# United States District Court

for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Joseph Days

**Docket Number:** 99-00072-001
**PACTS Number:** 21217

**Name of Sentencing Judicial Officer:** HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 09/14/2011

**Original Offense:** UNLAWFUL TRANSPORT OF FIREARMS - ETC.

**Original Sentence:** 120 months imprisonment.

**Violation Date/Sentence:** On September 14, 2011, Days pled guilty to violation ct. 1 charging him with committing a new offense. He was sentenced to 5 months imprisonment, followed by 1 year supervised release with a special condition of 6 months in a Residential Re-Entry Center.

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** 9/30/09

**Assistant U.S. Attorney:** Eric Moran, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** K. Anthony Thomas, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-634

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the special supervision condition which states "You shall reside for a period of 6 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. You shall not be eligible for weekend privileges. You shall pay subsistence as required by the program." |

On January 24, 2012, Days was discharged from Toler House Residential Re-Entry Center as a program failure..

I declare under penalty of perjury that the foregoing is true and correct.

By: Nancy Hildner
Senior U.S. Probation Officer
Date: January 27, 2012

THE COURT ORDERS:

[ ✓ ] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____ .
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

1/30/13
Date